# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

DOMINGA GIL ROSARIO,

    Plaintiff,

v.

**JUDGMENT**

No. 5:17-CV-240-RN

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*

    Defendant.

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Berryhill's Motion for Remand. Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.**

This Judgment Filed and Entered on December 29, 2017 with service on:
Karl E. Osterhout, Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

Date: December 29, 2017                PETER A. MOORE, JR., CLERK

                                                         Lauren Herrmann, Deputy Clerk